The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| WELLS FARGO BANK N.A., AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-PR2 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES G. MALMQUIST; LEONA M. MALMQUIST and SHAWN HIGHTOWER,<br><br>Defendants. | Case No. 3:14-cv-05709-RJB<br><br>**ORDER GRANTING SUMMARY JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT SHAWN HIGHTOWER** |

Plaintiff Wells Fargo Bank, N.A., as trustee for the WaMu Mortgage Pass-Through Certificates Series 2006-PR2 Trust's ("Wells Fargo") brought the above-captioned lawsuit against Defendant Shawn Hightower, seeking to quiet title as against to the property described as Lots 39 and 40, Block 10, Second Bismark Addition, according to the plat recorded in Book 7 of Plats, Page 71, in Pierce County, Washington; and located at 433 East 62nd Street, Tacoma, Washington (the "Property"), cancellation of several documents recorded by Shawn Hightower on the title to the Property, ejectment of Shawn Hightower and any other trespassers on the Property, and permanent injunctive relief enjoining Shawn Hightower from asserting a right or claim adverse to Wells Fargo's interest in the Property. ECF No. 13.

Case No.: 3:14-CV-05709-RJB
ORDER GRANTING SUMMARY JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT SHAWN HIGHTOWER - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101
(206) 622-3790

Pursuant to Federal Rule of Civil Procedure 65, the Local Rules of the Court, and having reviewed the submissions of the parties as described in the Court's Order Granting Plaintiff Wells Fargo's Motion for Summary Judgment and Permanent Injunction Against Defendant Shawn Hightower, and the files and records herein, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff's motion for summary judgment and permanent injunction against Defendant Shawn Hightower is hereby GRANTED.

2. Shawn Hightower, and anyone claiming under or through him, has no estate, right, title, lien, interest, or claim in or to the real property located at 433 East 62nd Street, Tacoma, Washington or any part thereof, and any such claim is hereby declared to be of no force or effect.

3. Plaintiff Wells Fargo is the fee simple owner of the Property.

4. Shawn Hightower, and anyone claiming under or through him, is permanently enjoined from asserting or claiming any right, title, or interest to or in the Property.

5. Shawn Hightower, and anyone claiming under or through him, is permanently enjoined from recording any instruments, documents, or claims in Pierce County that would interfere, compromise, or cloud Wells Fargo's title to the Property, or the title to the Property of anyone claiming under or through Wells Fargo.

DATED this 14th day of August, 2015.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

Case No.: 3:14-CV-05709-RJB
ORDER GRANTING SUMMARY JUDGMENT
AND PERMANENT INJUNCTION AGAINST
DEFENDANT SHAWN HIGHTOWER - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101
(206) 622-3790